IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE CURTIS HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-1016-RAH |
| ) | |
| STEPHEN T. MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 7) filed April 26, 2021 to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. 1) is DENIED.

3. This case be referred back to the Magistrate Judge for additional proceedings.

DONE, on this the 1st day of June, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE